No. 846. SEABOARD SURETY Co. *v.* UNITED STATES. March 3, 1947. Petition for writ of certiorari to the Court of Claims denied. *Bernard J. Gallagher* and *M. Walton Hendry* for petitioner. *Acting Solicitor General Washington, Assistant Attorney General Sonnett* and *Samuel D. Slade* for the United States.

No. 848. COMMISSIONER OF INTERNAL REVENUE *v.* MCALLISTER. March 3, 1947. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Acting Solicitor General Washington* for petitioner. *Charles B. Collins* and *James D. Carpenter* for respondent.

No. 854. CAMPA *v.* UNITED STATES. March 3, 1947. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Floyd Duke James* for petitioner. *Acting Solicitor General Washington, Robert S. Erdahl* and *Leon Ulman* for the United States.

No. 863. WHITMAN PUBLISHING Co. *v.* UNITED STATES. March 3, 1947. Petition for writ of certiorari to the Court of Claims denied. *Stanley Suydam* and *Russell Hardy* for petitioner. *Acting Solicitor General Washington, Sewall Key, Helen R. Carloss* and *Elizabeth B. Davis* for the United States.

No. 868. ANTHONY *v.* OREGON. March 3, 1947. Petition for writ of certiorari to the Supreme Court of Oregon